IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL SHERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VISION LAB TELECOMMUNICATIONS, INC., ON DEMAND MARKETING LLC, RANDY THOMASON, HIGHLAND MARKETING LLC, BELLSOUTH CORPORATION, TELEDATA SOLUTIONS, INC., and THE SUPPORT GROUP IN SWEDEN, AB, | ) ) ) ) ) ) ) |
| Defendants. | ) |

05 11545

PURSUANT TO RULE 7.1(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LR 7.3, TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR <u>DEFENDANT VISION LAB TELECOMMUNICATIONS, INC.</u> (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD AND OWN 10% OR MORE OF ITS STOCK:

None.

DATE: 7/20/05

Richard M. Zielinski
SIGNATURE OF ATTORNEY

NGEDOCS: 1178472.1