UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              Civil No. 05-11545-NG

| | |
|---|---|
| MICHAEL SHERMAN, | ) |
|     Plaintiff | ) |
|     v. | ) |
| VISION LAB TELECOMMUNICATIONS, | ) |
|     INC., et al., | ) |
|     Defendants | ) |

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 81(c), the Plaintiff hereby demands trial by jury as to all issues triable as of right by jury.

Dated: July 22, 2005

                              MICHAEL SHERMAN, by his attorney,

                              /s/ Walter Oney
                              Walter Oney (BBO # 379795)
                              4 Longfellow Place
                              Boston, MA 02114
                              Tel: 617-227-5620
                              Fax: 617-227-5760

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by the method indicated:

**By automatic electronic notice:**

(None)

**By first-class mail, postage prepaid:**

Richard M. Zielinski
Attorney for Vision Lab Telecommunications, Inc.
Goulston & Storrs, PC
400 Atlantic Ave.
Boston, MA  02110-3333

Dated: July 22, 2005

/s/ Walter Oney