IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL SHERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-CV-11545-NG |
| VISION LAB TELECOMMUNICATIONS, ) | |
| INC., ON DEMAND MARKETING LLC, ) | |
| RANDY THOMASON, HIGHLAND ) | |
| MARKETING LLC, BELLSOUTH ) | |
| CORPORATION, TELEDATA SOLUTIONS, ) | |
| INC., and THE SUPPORT GROUP IN SWEDEN, ) | |
| AB, ) | |
| ) | |
| Defendants. ) | |

## ASSENTED TO MOTION FOR FURTHER ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, VISION LAB TELECOMMUNICATIONS, INC. ("Defendant" or "Vision Lab"), by its attorneys, Goulston & Storrs P.C., pursuant to Fed. R. Civ. P. 6(b) hereby moves this Court to enter an order further enlarging Vision Lab's time to answer or otherwise plead in response to Plaintiff Michael Sherman's ("Plaintiff") Amended Complaint to and including August 24, 2005. In support thereof, Vision Lab states as follows:

1. On July 22, 2005, Vision Lab filed with this Court an assented to Motion for Enlargement of Time to Answer or Otherwise Plead, requesting that this Court extend such time to and including August 10, 2005.

2. On July 26, 2005, Samuel H. Cohen, of counsel to Vision Lab, suffered the unexpected loss of his daughter in an automobile accident.

3. Because of this incident, on July 27, 2005, Ethan A. McKittrick of Goulston & Storrs P.C., counsel of record for Vision Lab, telephoned Walter Oney, Plaintiff's counsel, to

request an additional extension of time to answer or otherwise plead to and including August 24, 2005. During that telephone conversation, Mr. Oney assented to this request.

4.   Accordingly, Vision Lab hereby moves this honorable Court to enter an order further enlarging its time to answer or otherwise plead in response to the Amended Complaint to and including August 24, 2005, consistent with the agreement among counsel for Plaintiff and Vision Lab.

WHEREFORE, Vision Lab respectfully requests this honorable Court to enter an order enlarging Vision Lab's time to answer or otherwise plead in response to the Amended Complaint to and including August 24, 2005.

Dated: July 28, 2005.

VISION LAB TELECOMMUNICATIONS, INC.,

By its attorneys,

_/s/ Richard M. Zielinski_
Richard M. Zielinski (BBO #540060)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

Of Counsel:
Samuel S. Cohen
Neal Gerber Eisenberg LLC
2 North LaSalle Street
Suite 2200
Chicago, IL  60602