UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11545NG

| | |
|---|---|
| MICHAEL SHERMAN, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| VISION LAB TELECOMMUNICATIONS, INC., ON DEMAND MARKETING LLC, RANDY THOMASON, HIGHLAND MARKETING LLC, BELLSOUTH CORPORATION, TELEDATA SOLUTIONS, INC., and THE SUPPORT GROUP IN SWEDEN, AB, | ) ) ) ) ) ) ) |
|     Defendants | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Teledata Solutions, Inc.

                                TELEDATA SOLUTIONS, INC.
                                By its attorney,

                                /s John C. Ottenberg (BBO#: 380955)
                                Ottenberg & Dunkless LLP
                                101 Arch Street
                                Boston, MA 02110
                                617-342-8600

DATED:       August 3, 2005

C:\Office Documents\Gateway\WPfiles\WPFILES\Teledata Systems\NoticeAppear.wpd

PDF created with pdfFactory trial version www.pdffactory.com