UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11545NG

| | |
|---|---|
| MICHAEL SHERMAN, )<br>　　Plaintiff )<br> )<br>v. )<br> )<br>VISION LAB TELECOMMUNICATIONS, )<br>INC., ON DEMAND MARKETING LLC, )<br>RANDY THOMASON, HIGHLAND )<br>MARKETING LLC, BELLSOUTH )<br>CORPORATION, TELEDATA SOLUTIONS, )<br>INC., and THE SUPPORT GROUP IN )<br>SWEDEN, AB, )<br>　　Defendants )<br> ) | |

**ASSENTED TO MOTION TO EXTEND TIME FOR TELEDATA SOLUTIONS, INC. TO RESPOND TO COMPLAINT**

　　The defendant, Teledata Solutions, Inc. moves that the time within which it may respond to the First Amended Complaint be extended to August 24, 2005.  The undersigned has just recently been retained to represent Teledata Solutions, Inc. and the additional time is necessary for counsel to familiarize himself with the matter and to prepare responsive papers.

　　　　　　　　　　　　　　　　　　　　　　　TELEDATA SOLUTIONS, INC.
　　　　　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　　　　　/s John C. Ottenberg (BBO#: 380955)
　　　　　　　　　　　　　　　　　　　　　　　Ottenberg & Dunkless LLP
　　　　　　　　　　　　　　　　　　　　　　　101 Arch Street
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　　617-342-8600

PDF created with pdfFactory trial version www.pdffactory.com

                                                   Assent of Plaintiff,
                                                   MICHAEL SHERMAN
                                                 By his attorney,

                                                 _____
                                                 Walter Oney (BBO#: 379795)
                                                 4 Longfellow Place
                                                 Boston, MA 02114
                                                 617-227-5620

DATED:       August 3, 2005

C:\Office Documents\Gateway\WPfiles\WPFILES\Teledata Systems\AssentedMotion.wpd

PDF created with pdfFactory trial version www.pdffactory.com