TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — (OTHER)

## COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| ......MIDDLESEX......, ss  [seal] | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION No. *MICV 2004-05030* |

*Michael Sherman*, Plaintiff(s)

v.

*Vision Lab Telecommunications, Inc.,
On Demand Marketing LLC,
Randy Thomason,
Highland Marketing LLC,
Teledata Solutions, Inc.
-The Support Group in Sweden, AB*, Defendant(s)

*05cv11545NG*

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ...*Walter Oney, Esq.*............ plaintiff's attorney, whose address is *4 Longfellow Place, Boston, MA 02114*............, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at *40 Thorndike St, Cambridge, MA 02141*............ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** ~~Esquire~~, at ...*Cambridge, MA*...... the ...*20th*........... day of ...*June*....... ..........., in the year of our Lord ...*2005*...........

*Edward J. Sullivan*
Clerk

NOTE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

FedEx Express U.S. Mail: PO Box 727  Telephone 901-369-3600
Customer Support  Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



June 29, 2005

WALTER ONEY
(617) 227-5760

Dear WALTER ONEY:

Our records reflect the following delivery information for the shipment with the tracking number 849072376347. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:  M.OSTMAN

  Delivered to:

  Delivery Date:  June 23, 2005

  Delivery Time:  02:10 PM

  Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 849072376347 | Ship Date: | June 21, 2005 |
| Shipper: | WALTER ONEY<br>ONEY, WALTER<br>4 LONFELBAS PLACE<br>BOSTON, MA 02114<br>US | Recipient: | INGER ANITA GRUTZ<br>THE SUPPORT GROUP IN<br>SWEDEN AB<br>LILJEHOLMSVAGEN 18<br>STOCKHOLM, 11761<br>SE |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2005062900222793340

This Information is provided subject to the FedEx Service Guide.