UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|    Plaintiff | ) | |
| v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|    INC., et al., | ) | |
|    Defendants | ) | |

NOTICE OF VOLUNTARY DISMISSAL AS TO BELLSOUTH CORPORATION
AND TELEDATA SOLUTIONS, INC. [RULE 41(a)]

Pursuant to Fed. R. Civ. P. 41(a)(i), the Plaintiff hereby voluntarily dismisses this action as to BellSouth Corporation and Teledata Solutions, Inc., only. And he says that neither of them has filed an answer or a motion for summary judgment herein.

Dated: August 22, 2005

                                        MICHAEL SHERMAN, by his attorney,

                                        /s/ Walter Oney
                                        Walter Oney (BBO # 379795)
                                        4 Longfellow Place
                                        Boston, MA 02114
                                        Tel: 617-227-5620
                                        Fax: 617-227-5760

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by the method indicated:

**By automatic electronic notice:**

John Ottenberg, Esq., Attorney for Teledata Solutions, Inc.

**By first-class mail, postage prepaid:**

Richard M. Zielinski, Esq.
Attorney for Vision Lab Telecommunications, Inc.
Goulston & Storrs, PC
400 Atlantic Ave.
Boston, MA  02110-3333


Dated: August 22, 2005

/s/ Walter Oney