UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|     Plaintiff | ) | |
| v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|     INC., et al., | ) | |
|     Defendants | ) | |

RETURN OF SERVICE ON DEFENDANT HIGHLAND MARKETING LLC

    I hereby certify that the attached Massachusetts summons was served on June 23, 2005, along with a copy of the complaint in this action, on Defendant Highland Marketing LLC in the manner indicated, to wit by Federal Express letter addressed to the Defendant at its registered office. And I hereby further certify that the attached documents are true and accurate copies of original documents that were once in my possession and that I mailed to the clerk of this court, postage prepaid, via first class mail, on or about August 14, 2005.

Dated: August 24, 2005

                                                /s/ Walter Oney
                                                Walter Oney (BBO # 379795)
                                                4 Longfellow Place
                                                Boston, MA 02114
                                                Tel: 617-227-5620
                                                Fax: 617-227-5760

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — (OTHER)

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

.....MIDDLESEX....., ss
[seal]

No. MICV 2004-05030

*Michael Sherman*, Plaintiff(s)

05-11545-NG

v.

*Vision Lab Telecommunications, Inc.,
On Demand Marketing LLC,
Randy Thomason,
Highland Marketing LLC,
Teledata Solutions, Inc.
The Support Group in Sweden, AB*, Defendant(s)

### SUMMONS

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

To the above-named Defendant:

You are hereby summoned and required to serve upon ...*Walter Oney, Esq.*........................
..................................... plaintiff's attorney, whose address is *4 Longfellow Place, Boston, MA 02114*........................, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at *40 Thorndike St, Cambridge, MA 02141*...................... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** ~~Suzanne V. DelVecchio~~ Esquire, at ...*Cambridge, MA*......................
the ...*20th*................................... day of *June*.......................
........................, in the year of our Lord *2005*.......................

*Edward J. Sullivan*
........................................................
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .June 23......................................................
20..05..., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

By Federal Express delivery to Highland Marketing, Ltd, in care of its registered agent at 23 Portland House, Glacis Road, Gibraltar, using International Air Waybill 8490-7237-6358

Walter Oney

Dated: Aug. 14, 2005

**N.B. TO PROCESS SERVER:**
   PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

( _____ )
( ........................................, ........ )
( _____ )

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX ........, ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION
No. MICV2004-5030

Michael Sherman ............, Plff.

v.

VisionLab Telecommunications, Inc., et al.

SUMMONS
(Mass. R. Civ. P. 4)

**FedEx Express** — International Air Waybill

*Sender's Copy* — RETAIN THIS COPY FOR YOUR RECORDS

**1 From**
Date: 06/21/05
Sender's FedEx Account Number: 2819-8754-2
Sender's Name: Walter Oney
Phone: 617-227-5620
Address: 4 Lyngfellow Pl.
City: Boston
State/Province: MA
ZIP/Postal Code: 02114
Country: USA

**2 To**
Recipient's Name: (blank)
Company: Highland Marketing Ltd.
Address: 23 Portland House
Address: Glacis Road
City: Gibraltar
Country: Gibraltar

**3 Shipment Information**
Total Packages: 1
Commodity Description: documents only
COMPLETE IN ENGLISH

**4 Express Package Service**: FedEx Int'l Priority ☒

**5 Packaging**: FedEx Envelope ☒

**7a Payment — Bill transportation charges to**: Sender ☒

**7b Payment — Bill duties and taxes to**: Sender ☒

**9 Required Signature**: [signed] Walter Oney

FedEx Tracking Number: 8490 7237 6358

0402

## Latest / Current Available Information on Company :

| | |
|---|---|
| Operator | Robert Imossi |
| Incorporation No. | 87966 |
| Date Profile issued | January 21, 2005 |
| Name | Highland Marketing Limited |
| Incorporation Date | April 25, 2003 |
| Type | PRIVATE COMPANY LIMITED BY SHARES |
| Status | |
| Last Annual Return filed made up to | April 25, 2004 |
| Last Accounts filed made up to | April 30, 2004 |
| Registered Office | 23 PORTLAND HOUSE, GLACIS ROAD, GIBRALTAR |
| Authorised Share Capital : £1,000.00 divided into | 1000 ORDINARY shares of £1 each |
| No. of Auth. Shares | 1,000.00 |
| No. of Issu. Shares | 1,000.00 |

### Shareholders

| | |
|---|---|
| Name | FIDUCIARY TRUST LIMITED |
| Address | 3 BELL LANE, GIBRALTAR |
| Nationality | |
| Occupation | CORPORATION |
| Shares held | 1000 ORDINARY shares of £1 each |

### Directors

| | |
|---|---|
| Name | FINSBURY CORPORATE SERVICES LIMITED |
| Address | SUITES 7B & 8B, 50 TOWN RANGE, GIBRALTAR |
| Nationality | |
| Occupation | LIMITED COMPANY |
| Appointed on | 25/04/2003 |
| Resigned on | |

### Secretaries

| | |
|---|---|
| Name | FINSBURY SECRETARIES LIMITED |
| Address | SUITES 7B & 8B, 50 TOWN RANGE, GIBRALTAR |
| Nationality | |
| Occupation | LIMITED COMPANY |
| Appointed on | 25/04/2003 |
| Resigned on | |

This information has been extracted from public records held at the Registry of Companies in Gibraltar. However, the information is only as accurate as that which is filed by the Company.

For a more in-depth historical record of the Company, it is necessary to carry out a search of the Company's File at Companies House.

Copies of any public documents filed at the Registry are available subject to payment of a fee.

FedEx Express                    U.S. Mail: PO Box 727           Telephone 901-369-3600
Customer Support                 Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38118



June 29, 2005

WALTER ONEY
(617) 227-5760

Dear WALTER ONEY:

Our records reflect the following delivery information for the shipment with the tracking number 849072376358. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:   G. AIVIZO

  Delivered to:

  Delivery Date:   June 23, 2005

  Delivery Time:   12:48 PM

        Shipping Information:

Tracking No:   849072376358           Ship Date:    June 21, 2005

   Shipper:   WALTER ONEY              Recipient:   HIGHLAND MARKETING LTD
              ONEY, WALTER                          23 PORTLAND HOUSE
              4 LONGFELLOW PL.                      GLACIS ROAD
              BOSTON, MA 02114                      , 569
              US                                    GI

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20050629002226469022

This Information is provided subject to the FedEx Service Guide.