UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL SHERMAN,                    )                    Civil No. 05-11545-NG
    Plaintiff                          )
    v.                                 )
VISION LAB TELECOMMUNICATIONS, )
    INC., et al.,                      )
    Defendants                         )

PLAINTIFF'S MOTION TO ENTER DEFAULT OF DEFENDANT VISION LAB
TELECOMMUNICATIONS, INC. [RULE 55(a)]

    The Plaintiff hereby requests that the court enter the default of Defendant Vision Lab

Telecommunications, Inc., (Vision Lab) because it not has answered or otherwise

defended the complaint in this matter. The Plaintiff notes that he has previously assented

to two extensions of time for Vision Lab to answer or otherwise defend (doc. # 4 and 5)

and that, pursuant to this court's most recent relevant order, dated August 1, 2005, Vision

Lab was to have filed an answer or other responsive pleading by August 24, 2005.

Dated: August 29, 2005

                    MICHAEL SHERMAN, by his attorney,

                    /s/ Walter Oney
                    Walter Oney (BBO # 379795)
                    4 Longfellow Place
                    Boston, MA 02114
                    Tel: 617-227-5620
                    Fax: 617-227-5760

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by the method indicated:

**By automatic electronic notice:**

(None)

**By first-class mail, postage prepaid:**

Richard M. Zielinski, Esq.
Attorney for Vision Lab Telecommunications, Inc.
Goulston & Storrs, PC
400 Atlantic Ave.
Boston, MA  02110-3333


Dated: August 29, 2005

/s/ Walter Oney_____