TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — (OTHER)

## COMMONWEALTH OF MASSACHUSETTS

..........MIDDLESEX.........., ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. *MICV 2004-05030*

..........*Michael Sherman*.........., Plaintiff(s)

*05-11545-NG*

v.

*Vision Lab Telecommunications, Inc.,*
*On Demand Marketing LLC,*
*Randy Thomason,*.........., Defendant(s)
*- Highland Marketing LLC,*
*Teledata Solutions, Inc.*
*The Support Group in Sweden, AB*

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ...*Walter Oney, Esq.*..............................

.......................................... plaintiff's attorney, whose address is *4 Longfellow Place*

*Boston, MA 02114*.........................................., an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at *40 Thorndike St.,*

*Cambridge, MA 02141*.......................... either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at .....*Cambridge, MA*..................................

the ...*20th*.................................... day of *June*.............................................................

...................., in the year of our Lord *2005*...................................... .

Edward J. Sullivan
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used
   for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

## Latest / Current Available Information on Company :

| | |
|---|---|
| Operator | Robert Imossi |
| Incorporation No. | 87966 |
| Date Profile issued | January 21, 2005 |
| Name | Highland Marketing Limited |
| Incorporation Date | April 25, 2003 |
| Type | PRIVATE COMPANY LIMITED BY SHARES |
| Status | |
| Last Annual Return filed made up to | April 25, 2004 |
| Last Accounts filed made up to | April 30, 2004 |
| Registered Office | 23 PORTLAND HOUSE, GLACIS ROAD, GIBRALTAR |

Authorised Share Capital :
£ 1,000.00 divided into    1000 ORDINARY shares of £ 1 each

| | |
|---|---|
| No. of Auth. Shares | 1,000.00 |
| No. of Issu. Shares | 1,000.00 |

### Shareholders

| | |
|---|---|
| Name | FIDUCIARY TRUST LIMITED |
| Address | 3 BELL LANE, GIBRALTAR |
| Nationality | |
| Occupation | CORPORATION |
| Shares held | 1000 ORDINARY shares of £ 1 each |

### Directors

| | |
|---|---|
| Name | FINSBURY CORPORATE SERVICES LIMITED |
| Address | SUITES 7B & 8B, 50 TOWN RANGE, GIBRALTAR |
| Nationality | |
| Occupation | LIMITED COMPANY |
| Appointed on | 25/04/2003 |
| Resigned on | |

### Secretaries

| | |
|---|---|
| Name | FINSBURY SECRETARIES LIMITED |
| Address | SUITES 7B & 8B, 50 TOWN RANGE, GIBRALTAR |
| Nationality | |
| Occupation | LIMITED COMPANY |
| Appointed on | 25/04/2003 |
| Resigned on | |

This information has been extracted from public records held at the Registry of Companies in Gibraltar. However, the information is only as accurate as that which is filed by the Company.

For a more in-depth historical record of the Company, it is necessary to carry out a search of the Company's File at Companies House.

Copies of any public documents filed at the Registry are available subject to payment of a fee.

FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600



June 29, 2005

WALTER ONEY  
(617) 227-5760

Dear WALTER ONEY:

Our records reflect the following delivery information for the shipment with the tracking number 849072376358. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:  G.AIVIZO

  Delivered to:

  Delivery Date:  June 23, 2005

  Delivery Time:  12:48 PM

       Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 849072376358 | Ship Date: | June 21, 2005 |
| Shipper: | WALTER ONEY<br>ONEY, WALTER<br>4 LONGFELLOW PL<br>BOSTON, MA 02114<br>US | Recipient: | HIGHLAND MARKETING LTD<br>23 PORTLAND HOUSE<br>GLACIS ROAD<br>, 569<br>GI |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: R20050629900226469022

This Information is provided subject to the FedEx Service Guide.