UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|     Plaintiff | ) | |
| v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|     INC., et al., | ) | |
|     Defendants | ) | |

UNOPPOSED MOTION BY THE PLAINTIFF FOR LEAVE TO FILE
MEMORANDUM EXCEEDING 20 PAGES

    The Plaintiff hereby requests leave of court, pursuant to local rule 7.1(b)(4), to file an opposition longer than 20 pages, but less than 40 pages, to Vision Lab's Motion to Dismiss. As grounds for his request, he says that Vision Lab's motion raises numerous legal issues, some of first impression in the nation, that deserve a comprehensive response.

    The Plaintiff's counsel states that he has conferred with Vision Lab's counsel, who states that Vision Lab has no objection to the allowance of this motion.


Dated: September 1, 2005

                                          MICHAEL SHERMAN, by his attorney,

                                          /s/ Walter Oney
                                          Walter Oney (BBO # 379795)
                                          4 Longfellow Place
                                          Boston, MA 02114
                                          Tel: 617-227-5620
                                          Fax: 617-227-5760

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by the method indicated:

**By automatic electronic notice:**

(None)

**By first-class mail, postage prepaid:**

Richard M. Zielinski, Esq.
Attorney for Vision Lab Telecommunications, Inc.
Goulston & Storrs, PC
400 Atlantic Ave.
Boston, MA  02110-3333


Dated: September 1, 2005

/s/ Walter Oney