UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|     Plaintiff | ) | |
| v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|     INC., et al., | ) | |
|     Defendants | ) | |

NOTICE OF VOLUNTARY DISMISSAL AS TO RANDAL THOMASON AND ON DEMAND MARKETING LLC [RULE 41(a)]

Pursuant to Fed. R. Civ. P. 41(a)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice as to Randal Thomason and On Demand Marketing LLC, only. And he says that neither of them has filed an answer or a motion for summary judgment herein.

Dated: September 19, 2005

                                          MICHAEL SHERMAN, by his attorney,

                                          /s/ Walter Oney
                                          Walter Oney (BBO # 379795)
                                          4 Longfellow Place
                                          Boston, MA 02114
                                          Tel: 617-227-5620
                                          Fax: 617-227-5760

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by the method indicated:

**By automatic electronic notice:**

Richard M. Zielinski, Esq. Attorney for Vision Lab Telecommunications, Inc.

**By first-class mail, postage prepaid:**

Christopher Sexton & Associates, APC
Attorney for Randal Thomason and On Demand Marketing LLC
1000 Quail St., Suite 245
Newport Beach, CA  92660


Dated: September 19, 2005

/s/ Walter Oney