UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|    Plaintiff | ) | |
|    v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|    INC., et al., | ) | |
|    Defendants | ) | |

PLAINTIFF'S SUPPLEMENTAL MEMORANDUM RE PLAINTIFF'S MOTION TO ENTER DEFAULT OF DEFENDANT HIGHLAND MARKETING LLC [RULE 55(a)]

Now comes the Plaintiff and supplements his Motion to Enter Default of Defendant Highland Marketing LLC, filed herein on August 14, 2005, as follows.

The Plaintiff, by his attorney, has received the attached Return Receipt for International Mail. The Plaintiff says that said Receipt was affixed to a letter addressed to Defendant Highland Marketing LLC and containing a copy of the summons and complaint in this matter. The Receipt was stamped by the Gibraltar Post Office on August 24, 2005 and bears an illegible signature in the blank labeled "Signature of Addressee." The box labeled "The article mentioned above was duly delivered" is not checked. The box labeled "Office of Destination Employee Signature" is blank. The Plaintiff believes that the summons and complaint were actually delivered to Highland Marketing LLC in the care of its registered agent at Portland House, Glacis Road, Gibraltar and that the Gibraltar postal authorities omitted to check the box indicating delivery and to sign in the box labeled "Office of Destination Employee Signature."

The Plaintiff therefore renews his request that the court enter the default of Highland Marketing LLC on the alternative bases that (a) Highland was properly served by Federal Express on June 23, 2005, or (b) Highland was properly served by international

registered mail on August 24, 2005. In either case, the time for Highland to answer or otherwise defend has elapsed.

The Plaintiff says further that he believes one or more U.S. entities, including Champion Communications of Delray Beach, FL, are presently holding goods or credits standing in the name of Highland Marketing and that, following entry of default, he plans to seek a prejudgment attachment of such goods and credits.

Dated: September 19, 2005

        MICHAEL SHERMAN, by his attorney,

        /s/ Walter Oney
        Walter Oney (BBO # 379795)
        4 Longfellow Place
        Boston, MA 02114
        Tel: 617-227-5620
        Fax: 617-227-5760

## VERIFICATION

The undersigned certifies under the penalties of perjury that each of the exhibits annexed hereto are true and complete copies of what they purport to be and that each fact stated in this motion is true, except that, as to facts stated on information or belief, he believes them to be true.

Dated: September 19, 2005

        /s/ Walter Oney

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by the method indicated:

**By automatic electronic notice:**

Richard M. Zielinski, Esq., Attorney for Vision Lab Telecommunications, Inc.

**By first-class mail, postage prepaid:**

(None)

Dated: September 19, 2005

/s/ Walter Oney

# EXHIBIT A

**UNITED STATES POSTAL SERVICE**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

*Administration des Postes des Etats-Unis d'Amérique*

*Par Avion*

Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

Return by the quickest route (air or surface mail), a découvert and postage free.
*A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.*

The sender completes and indicates the address for the return of this receipt.
*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*: Walter Oney, Esq.

Street and Number *(Rue et no.)*: 4 Longfellow Place #3505

City, State, and ZIP + 4 *(Localité et code postal)*: Boston, MA 02114 USA

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form **2865**, February 1997     *Avis de réception*     **CN07** (Old C5)

---

Item Description *(Nature de l'envoi)*: ☒ Registered Article *(Envoi recommandé)* ☐ Letter *(Lettre)* ☐ Printed Matter *(Imprimé)* ☐ Other *(Autre)* ☐ Recorded Delivery *(Envoi à livraison attestée)* ☐ Express Mail International

☐ Insured Parcel *(Colis avec valeur déclarée)*

Insured Value *(Valeur déclarée)*:

Article Number: RB460204320US

Office of Mailing *(Bureau de dépôt)*:

Date of Posting *(Date de dépôt)*: July 15, 2005

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*: Highland Marketing LLC

Street and No. *(Rue et No.)*: Portland House

Place and Country *(Localité et pays)*: Glacis Road, Gibraltar

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)*

☐ The article mentioned above was duly delivered.
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Date:

Signature of Addressee *(Signature du destinataire)*:

Office of Destination Employee Signature *(Signature de l'agent du bureau de destination)*:

PS Form **2865**, February 1997 (Reverse)