**goulston&storrs**
counsellors at law

Richard M. Zielinski
rzielinski@goulstonstorrs.com
(617) 574-4029 Tel
(617) 574-7664 Fax

March 31, 2006

**BY HAND DELIVERY**

The Honorable Nancy Gertner
Judge, U.S. District Court
John Joseph Moakley U.S. Courthouse,
1 Courthouse Way, Suite 4130
Boston, MA 02110

    Re:    Sherman v. Vision Lab Telecommunications, Inc., et al.,
              U.S. District Court, District of Massachusetts, Case No. 05-11545-NG

Dear Judge Gertner:

    Today we received an electronic copy of the Court's Memorandum and Order re: Defendant's Motion for a More Definite Statement and Motion to Dismiss in this matter. Now that the Court has ruled on these motions, we respectfully request that the Court address our Verified Motion to Withdraw Appearance, which we filed on October 28, 2005, and which was unopposed. As Your Honor will recall, at the status conference on January 11th, we did not press for a ruling on this Motion, in order to give the Court an opportunity to consider the pending Motion to Dismiss.

    At this time, we ask that the Court allow our unopposed Motion to Withdraw as counsel for the defendant, Vision Lab Telecommunications, Inc.

Very truly yours,

*Richard M. Zielinski*
Richard M. Zielinski

cc:    Thomas Wawra, President, Vision Lab
        Douglas O'Keefe, Esq., Counsel to Vision Lab
        Samuel S. Cohen, Esq.

GSDOCS\1597891.1