UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|    Plaintiff | ) | |
| v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|    INC., et al., | ) | |
|    Defendants | ) | |

PLAINTIFF'S MOTION TO ENLARGE TIME FOR CONDUCTING RULE 26(f) CONFERENCE

Now comes the plaintiff and moves this honorable court to enlarge until May 17, 2006 the time for the Plaintiff and Vision Lab to conduct a Rule 26(f) conference and to file a report thereof. In support hereof, he says as follows.

Pursuant to this court's scheduling order dated April 7, 2006 (Doc. # 36), the parties are to appear on May 24, 2006 for a scheduling conference and are to confer at least 21 days prior thereto. The Plaintiff's counsel received a phone call on April 28, 2006 from Russell Munves, Esq. of the New York bar stating that Vision Lab was desirous of entering into settlement negotiations. Counsel therefore requests an additional two weeks to accomplish the Rule 26(f) conference and to file a report thereof.

Dated: April 28, 2006

                                      MICHAEL SHERMAN, by his attorney,

                                      /s/ Walter Oney
                                      Walter Oney (BBO # 379795)
                                      4 Longfellow Place
                                      Boston, MA 02114
                                      Tel: 617-227-5620
                                      Fax: 617-227-5760

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by the method indicated:

**By automatic electronic notice:**

(None)

**By first-class mail, postage prepaid:**

(None)

Dated:

/s/ Walter Oney