**Via Overnight Mail**

April 28, 2006

The Honorable Nancy Gertner
United States District Court Judge
United States District Court, District of Massachusetts
1 Courthouse Way
Boston, MA 01210

<u>Re: Sherman v Vision Lab et al.; Case No. 05-11545-NG</u>

Dear Judge Gertner:

As the Court is aware, Vision Labs is in severe financial difficulty. We would like an extension of a one week to try to settle this matter with plaintiff. We have had an out of state attorney contact plaintiff's counsel to try to resolve this matter. This attorney has successfully settled three cases for us in recent months. Thus our appearance would not be required until May 8, 2006. By then, we hope to work out a settlement at least in principle.

Thank you for your consideration of this matter.

Very truly yours,

Vision Lab Telecommunications, Inc.

By: _____
Thomas Wawra, President

cc: Walter Oney, Esq. (via fax ▯ 617-227-5760)

DISTRICT OF MASS
U.S. DISTRICT COURT
2006 MAY -2 P 5: 50
IN CLERKS OFFICE
FILED