UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|    Plaintiff | ) | |
| v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|    INC., et al., | ) | |
|    Defendants | ) | |

PLAINTIFF'S MOTION TO ENTER DEFAULT OF DEFENDANT VISION LAB
TELECOMMUNICATIONS, INC. [RULE 55(a)]

  The Plaintiff hereby requests that the court enter the default of Defendant Vision Lab Telecommunications, Inc., (Vision Lab) because it not has answered the complaint in this matter. And the Plaintiff further requests that the court authorize the Plaintiff to commence discovery and set this matter down for a damage assessment hearing on any convenient date after November 9, 2006.

Dated: August 23, 2006

                                   MICHAEL SHERMAN, by his attorney,

                                   /s/ Walter Oney
                                   Walter Oney (BBO # 379795)
                                   4 Longfellow Place
                                   Boston, MA 02114
                                   Tel: 617-227-5620
                                   Fax: 617-227-5760

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by the method indicated:

**By automatic electronic notice:**

(None)

**By first-class mail, postage prepaid:**

Douglas O'Keefe, Esq.
c/o Venali, Inc.
One Alhambra Plaza, Suite 800
Coral Gables, FL 33134


Dated: August 23, 2006

/s/ Walter Oney