UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN,        ) | | Civil No. 05-11545-NG |
|    Plaintiff        ) | | |
| v.        ) | | |
| VISION LAB TELECOMMUNICATIONS, ) | | |
|    INC., et al.,        ) | | |
|    Defendants        ) | | |

MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR DEFAULT JUDGMENT

   Now comes the Plaintiff and moves this honorable court to extend the time within which he may file a motion for default judgment from September 28, 2006, until November 30, 2006. In support hereof, he says that his attorney is in the process of moving his home and office to Fitchburg and cannot prepare such a motion before the current deadline.

Dated: September 20, 2006

                                      MICHAEL SHERMAN, by his attorney,

                                      /s/ Walter Oney
                                      Walter Oney (BBO # 379795)
                                      4 Longfellow Place
                                      Boston, MA 02114
                                      Tel: 617-227-5620
                                      Fax: 617-227-5760

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by the method indicated:

**By automatic electronic notice:**

(None)

**By first-class mail, postage prepaid:**

Douglas O'Keefe, Esq.
Attorney for Vision Lab Telecommunications, Inc.
c/o Venali, Inc.
One Alhambra Plaza, Suite 800
Coral Gables, FL 33134

Highland Marketing LLC
Portland House
Glacis Road
Gibraltar

The Support Group in Sweden AB
Liljeholmsvägen 18
SE-11761 Stockholm
Sweden

Dated: September 20, 2006

/s/ Walter Oney