UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|    Plaintiff | ) | |
| v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|    INC., et al., | ) | |
|    Defendants | ) | |

MOTION FOR DEFAULT JUDGMENT

The Plaintiff hereby moves for entry of judgment by default against Defendants VISION LAB TELECOMMUNICATIONS, INC. (VISION LAB) in the amount of $279,500.00 plus costs and attorney's fees; THE SUPPORT GROUP IN SWEDEN AB (SUPPORT GROUP) in the amount of $279,500.00 plus costs and attorney's fees; and HIGHLAND MARKETING LLC (HIGHLAND) in the amount of $19,500.00 plus costs and attorney's fees. In support hereof, he respectfully submits a contemporaneous Memorandum.

Dated: November 30, 2006

                                                MICHAEL SHERMAN, by his attorney,

                                                /s/ Walter Oney
                                                Walter Oney (BBO # 379795)
                                                267 Pearl Hill Road
                                                Fitchburg, MA 01420
                                                Tel: 978-343-3390
                                                Fax: 978-343-3397

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document and the referenced Memorandum was served upon the following parties by the method indicated:

**By first-class mail, postage prepaid:**

Vision Lab Telecommunications, Inc.
1680 Michigan Ave., # 1106
Miami Beach, FL 33139

Highland Marketing LLC
Portland House
Glacis Road
Gibraltar

The Support Group in Sweden AB
Liljeholmsvägen 18
SE-11761 Stockholm
Sweden

Dated: November 30, 2006

/s/ Walter Oney