UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|     Plaintiff | ) | |
| v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|     INC., et al., | ) | |
|     Defendants | ) | |

## DEFAULT JUDGMENT

Defendant VISION LAB TELECOMMUNICATIONS, INC., having failed to plead or otherwise defend in this action and its default having been entered.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $279,500.00; and that defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant VISION LAB TELECOMMUNICATIONS, INC. the sum of $279,500.00, with interest as provided by law.

_____
Deputy Clerk

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|    Plaintiff | ) | |
|    v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|    INC., et al., | ) | |
|    Defendants | ) | |

## DEFAULT JUDGMENT

Defendant THE SUPPORT GROUP IN SWEDEN AB having failed to plead or otherwise defend in this action and its default having been entered.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $279,500.00; and that defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant THE SUPPORT GROUP IN SWEDEN AB the sum of $279,500.00, with interest as provided by law.

_____
Deputy Clerk

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN, | ) | Civil No. 05-11545-NG |
|    Plaintiff | ) | |
| v. | ) | |
| VISION LAB TELECOMMUNICATIONS, | ) | |
|    INC., et al., | ) | |
|    Defendants | ) | |

## DEFAULT JUDGMENT

Defendant HIGHLAND MARKETING LLC having failed to plead or otherwise defend in this action and its default having been entered.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $279,500.00; and that defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant HIGHLAND MARKETING LLC the sum of $279,500.00, with interest as provided by law.

_____
Deputy Clerk

Dated: