UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SHERMAN,  )  | | Civil No. 05-11545-NG |
|     Plaintiff )  | | |
| v. ) | | |
| VISION LAB TELECOMMUNICATIONS, ) | | |
|     INC., et al., ) | | |
|     Defendants ) | | |

APPLICATION FOR ATTORNEY'S FEES

Pursuant to this court's directive of February 6, 2007, the Plaintiff hereby requests that the court order the Vision Lab Telecommunications, inc., The Support Group in Sweden AB, and Highland Marketing LLC to pay him the sum of $30,734.66, in addition to all other damages awarded against them, to compensate him for his expenses of litigation and the fees of his attorney.

In support hereof, the Plaintiff submits the attached biographical summary of his attorney [Ex. A] and the attached billing detail [Ex. B]

Dated: February 19, 2007

                              MICHAEL SHERMAN, by his attorney,

                              /s/ Walter Oney
                              Walter Oney (BBO # 379795)
                              267 Pearl Hill Road
                              Fitchburg, MA 01420
                              Tel.: 978-343-3390
                              Fax: 978-343-3397

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document and the attached Exhibits was served upon the following parties by the method indicated:

**By first-class mail, postage prepaid:**

Vision Lab Telecommunications, Inc.
1680 Michigan Ave., # 1106
Miami Beach, FL 33139

Highland Marketing LLC
Portland House
Glacis Road
Gibraltar

The Support Group in Sweden AB
Liljeholmsvägen 18
SE-11761 Stockholm
Sweden


Dated: February 19, 2007

                                              /s/ Walter Oney

# EXHIBIT A

## ATTORNEY BIOGRAPHICAL INFORMATION

**Walter Oney (WCO),** born Washington, D.C. 1946. Admitted to bar: Massachusetts 1978; U.S. District Court, Massachusetts 1979; First Circuit Court of Appeals 2004; United States Supreme Court 2006.

Education: Massachusetts Institute of Technology (S.B., S.M. 1969); Suffolk University Law School (J.D. *summa cum laude* 1978); Case Comment Editor of Suffolk University Law Review (1977-1978); Co-winner of Tom C. Clark Moot Court Competition (1976).

Associations: Massachusetts Bar Association; Boston Bar Association (co-chair of Bankruptcy Section Pro Bono Committee 2005-2007); National Association of Consumer Advocates; National Association of Consumer Bankruptcy Attorneys.

Areas of concentration: Consumer protection litigation (FDCPA, TCPA, 93A); individual bankruptcy debtor representation.

Mr. Oney served as Law Clerk to Hon. Francis J. Quirico from 1978-1979. He was employed as an associate attorney at Nutter, McClennen & Fish from 1979-1981. After an extended period of time working as a software professional, Mr. Oney returned to law practice in 2003. He has maintained a solo practice as a consumer protection and individual bankruptcy lawyer since that time.

Mr. Oney's usual and customary billing rate is $225 per hour.

# EXHIBIT B

**BILLING DETAIL**

```
                       BILLING DETAIL REPORT (DRAFT)


Michael Sherman
54 Knowles Rd.
Watertown, MA  02472


                   -----------------------------------------
                         DETAIL REPORT FOR MATTER 65
                            Sherman v. Vision Lab
                              Junk fax litigation


PROFESSIONAL SERVICES DETAIL FOR THIS MATTER:

    Date         Description                                Time   Rate    Amount
    ----         -----------                                ----   ----    --------

    12/17/04 WCO Investigation (reviewing faxes in attempt   1.7    225     382.50
                 to locate senders)

    12/18/04 WCO Investigation (reviewing faxes)             1.7    225     382.50

    12/19/04 WCO Drafting Pleadings and Motions (complaint)  1.9    225     427.50

    12/20/04 WCO Drafting Pleadings and Motions (legal       2.0    225     450.00
                 research re bills of discovery, continue
                 drafting complaint)

    12/20/04 WCO Investigation (additional investigation)    0.5    225     112.50

    12/20/04 WCO Investigation (additional investigation)    0.3    225      67.50

    12/21/04 WCO Other (copying, additional investigation)   1.0    225     225.00

    12/21/04 WCO Drafting Pleadings and Motions (finalizing  1.5    225     337.50
                 complaint and trafting TRO application)

    12/22/04 WCO Other (filing complaint and other papers)   3.6    225     810.00

    12/23/04 WCO Letter (letters to issuers of touted stocks) 1.7   225     382.50

    12/23/04 WCO Drafting Pleadings and Motions (subpoena to 0.3    225      67.50
                 Champion Communications re (Highland)
                 survey faxes)

    01/03/05 WCO Telephone call (from opposing counsel,      0.6    225     135.00
                 drafting stipulation)

    01/05/05 WCO Investigation (Champion (re Highland survey 0.9    225     202.50
                 faxes))

    01/07/05 WCO Legal Research ()                           2.8    225     630.00

    01/13/05 WCO Investigation (reviewing Teledata subpoena  1.3    225     292.50
                 response)

    01/14/05 WCO Investigation (investigation into identity  2.0    225     450.00
                 of Support Group)

    01/15/05 WCO Discovery (additional subpoena re The       1.4    225     315.00
                 Support Group)

    01/22/05 WCO Discovery (Comcast subpoena)                0.5    225     112.50

    01/22/05 WCO Discovery (On Demand Marketing subpoena)    0.5    225     112.50

    01/24/05 WCO Investigation (re Highland Marketing)       0.8    225     180.00

    01/25/05 WCO Investigation (re Highland Marketing)       0.6    225     135.00
```

```
                                                                04-402 - Michael Sherman

     Date      Description                                      Time   Rate    Amount
     ----      -----------                                      ----   ----   --------

     01/28/05  WCO   Investigation (MicroTech reporter)          0.6    225     135.00

     01/31/05  WCO   Investigation (OTC Info Wire & SGYI)        1.0    225     225.00

     02/23/05  WCO   Other (reviewing file )                     1.0    225     225.00

     03/01/05  WCO   Discovery (Qwest subpoena)                  0.8    225     180.00

     03/10/05  WCO   Drafting Pleadings and Motions (amended     2.2    225     495.00
                     complaint)

     06/12/05  WCO   Drafting Pleadings and Motions (amended     1.0    225     225.00
                     complaint)

     06/14/05  WCO   Drafting Pleadings and Motions (motion re   4.5    225    1012.50
                     service on foreign defendants)

     06/27/05  WCO   Investigation (re various toll-free numbers) 1.6   225     360.00

     07/11/05  WCO   Discovery (reviewing results of subpoenas)  1.7    225     382.50

     07/13/05  WCO   Discovery (reviewing subpoena results)      0.7    225     157.50

     07/14/05  WCO   Legal Research (computerized legal research 1.2    225     270.00
                     re personal jurisdiction)

     07/14/05  WCO   Discovery (reviewing subpoena results)      0.3    225      67.50

     07/15/05  WCO   Legal Research (computerized legal research 2.0    225     450.00
                     re personal jurisdiction)

     07/15/05  WCO   Discovery (reviewing subpoena results re    1.3    225     292.50
                     National Leads)

     07/15/05  WCO   Discovery (reviewing subpoena results re    1.2    225     270.00
                     Solidus)

     07/16/05  WCO   Drafting Pleadings and Motions (default     5.2    225    1170.00
                     motion (never filed) as to Bell South)

     07/19/05  WCO   Discovery (reviewing subpoena results re    0.4    225      90.00
                     Republic Dial)

     07/20/05  WCO   Drafting Pleadings and Motions (memo re     2.5    225     562.50
                     default of BellSouth (never filed))

     07/21/05  WCO   Discovery (AT&T subpeona)                   1.5    225     337.50

     07/21/05  WCO   Legal Research (computerized legal research 2.8    225     630.00
                     re remanding case as improvidently removed)

     07/22/05  WCO   Discovery (subpeonas, letters to witnesses) 2.5    225     562.50

     07/23/05  WCO   Discovery (creating spreadhsheet to track   1.0    225     225.00
                     subpoenas)

     07/24/05  WCO   Discovery (subpoenas to National Leads,     0.8    225     180.00
                     Care Entree)

     07/25/05  WCO   Discovery (misc document subpoenas)         6.0    225    1350.00

     07/26/05  WCO   Discovery (subpoena to National Leads)      0.5    225     112.50

     08/01/05  WCO   Drafting Pleadings and Motions (drafting    2.7    225     607.50
                     default motion re The Support Group)

     08/01/05  WCO   Discovery (various subpoenas)               2.9    225     652.50
```

```
                                                              04-402 - Michael Sherman

Date       Description                                  Time   Rate    Amount
----       -----------                                  ----   ----    --------
08/02/05   WCO  Drafting Pleadings and Motions (motion to    2.7   225    607.50
                default The Support Group)
08/04/05   WCO  Telephone call (from Albert Angel re         0.7   225    157.50
                Champion)
08/06/05   WCO  Discovery (telco subpoenas)                  2.8   225    630.00
08/06/05   WCO  Discovery (review X5 subpoena results re     0.5   225    112.50
                Travel Fax Marketing)
08/08/05   WCO  Letter (to attorney Ottenberg)               0.8   225    180.00
08/11/05   WCO  Discovery (telephone interview with Randy    1.0   225    225.00
                Thomason)
08/11/05   WCO  Discovery ()                                 1.8   225    405.00
08/12/05   WCO  Discovery ()                                 4.7   225   1057.50
08/12/05   MBO  Discovery (indexing subpoenas)               1.5    75    112.50
08/13/05   WCO  Investigation (new faxes, including          2.3   225    517.50
                American United Mortgage)
08/14/05   WCO  Drafting Pleadings and Motions (default      2.6   225    585.00
                motion re Highland Marketing)
08/15/05   WCO  Discovery (Thomason statement, other         4.0   225    900.00
                discovery)
08/19/05   WCO  Legal Research (computerized research re     1.2   225    270.00
                enforcing subpoenas)
08/20/05   WCO  Discovery (Adventure Marketing subpoena)     3.1   225    697.50
08/22/05   WCO  Investigation (re Ciera)                     0.5   225    112.50
08/23/05   WCO  Letter (to new Access re Ciera)              0.5   225    112.50
08/24/05   WCO  Discovery (Bogardus affidavit)               0.7   225    157.50
08/28/05   WCO  Drafting Pleadings and Motions (opposition   5.0   225   1125.00
                to motion to dismiss)
08/29/05   WCO  Drafting Pleadings and Motions (opposition   2.5   225    562.50
                to MTD)
08/29/05   WCO  Drafting Pleadings and Motions (stipulation  0.4   225     90.00
                re discovery)
08/31/05   WCO  Drafting Pleadings and Motions (opposition   3.5   225    787.50
                to motion for more definite statement)
08/31/05   WCO  Discovery (NANPA affidavit)                  0.3   225     67.50
09/01/05   WCO  Drafting Pleadings and Motions (opposition   3.8   225    855.00
                to MTD)
09/01/05   WCO  Telephone call (to opposing counsel)         0.8   225    180.00
09/01/05   WCO  Drafting Pleadings and Motions (opposition   2.0   225    450.00
                to MTD)
09/05/05   WCO  Drafting Pleadings and Motions (oppositions  2.0   225    450.00
                to MTD, MMDS)
09/07/05   WCO  Letter (to counsel re American United        0.5   225    112.50
                Mortgage subpoena)
```

```
    Date        Description                                          Time   Rate    Amount
    ----        -----------                                          ----   ----    ------

    04/04/06 WCO Drafting Pleadings and Motions (motion to           1.5    225     337.50
                 open discovery)

    02/19/07 WCO Drafting Pleadings and Motions (fee                 1.0    225     225.00
                 application)

                                                              TOTAL: $29,520.00
```

**PROFESSIONAL SERVICES SUMMARY FOR THIS MATTER:**

```
                                        Total       Total
    Attorney or other professional      Time        Amount
    ------------------------------      -----       ------
    Walter Oney                         130.7       29407.50
    Martha Oney                           1.5         112.50

                              TOTAL: $29,520.00
```

**EXPENSE DETAIL FOR THIS MATTER:**

```
    Date        Description                                                 Amount
    ----        -----------                                                 ------

    12/22/04    Court and transaction fees (entry and summons fees)         280.00

    12/22/04    Service of process (Suffolk County Sheriff for service       50.00
                on Comcast)

    03/11/05    Other (AT&T for subpoena)                                   150.00

    06/16/05    Court and transaction fees (fees for additionals             35.00
                ummonses)

    06/20/05    Service of process (Bill Cohen for service on Randy          67.50
                Thomason)

    07/25/05    Service of process (subpeona service)                       145.00

    07/25/05    Service of process (Attorney Legal Service for              135.00
                subpoena service)

    07/25/05    Service of process (PCP for subpoena service)                53.00

    07/25/05    Service of process (Elite Process Servers for subpoena       95.00
                service)

    08/01/05    Service of process (PCP for subpoena service)                53.00

    08/12/05    Other (response costs for subpoena)                          31.16

    08/12/05    Service of process (Brad Gorden (Tulsa) for subpoena         40.00
                service)

    09/12/05    Service of process (Bill Cohen for subpoena service)         80.00

                                                     TOTAL: $1,214.70
```

**EXPENSE SUMMARY FOR THIS MATTER:**

```
                                        Total
    Expense category                    Amount
    ----------------                    ------
    Other                               181.16
    Service of process                  718.50
    Court and transaction fees          315.00
```

```
                                      Total
        Expense category              Amount
        ----------------              ------

                              TOTAL: $1,214.66


                  ------------------------------------------
                  ------------------------------------------



PROFESSIONAL SERVICES SUMMARY FOR ALL MATTERS:

                                      Total           Total
        Attorney or other professional Time            Amount
        ------------------------------ -----           ------
        Walter Oney                    130.7           29407.50
        Martha Oney                      1.5             112.50

                              TOTAL: $29,520.00

EXPENSE SUMMARY FOR ALL MATTERS:

                                      Total
        Expense category              Amount
        ----------------              ------
        Other                          181.16
        Service of process             718.50
        Court and transaction fees     315.00

                              TOTAL: $1,214.66

TOTALS FOR ALL MATTERS:

        Professional Services      $29,520.00
        Expenses                    $1,214.66

        TOTAL BILL                 $30,734.66
```