UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL SHERMAN,** | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) **Civ. Action No. 05-11545-NG** |
| | ) |
| **VISION LAB TELECOMMUNICATIONS,** | ) |
| **INC., HIGHLAND MARKETING LLC,** | ) |
| **THE SUPPORT GROUP IN SWEDEN, AB,** | ) |
|     **Defendants.** | ) |

**GERTNER, D.J.:**

<u>**ORDER RE: ATTORNEYS' FEES**</u>
February 27, 2007

For the reasons set forth in this Court's Order dated February 6, 2007, and the additional reasons noted below, I hereby award statutory damages in the amount of One Thousand And 00/100 ($1,000.00) Dollars per violation under 47 U.S.C. § 227(b)(3) and Two Thousand Five Hundred And 00/100 ($2,500.00) Dollars per violation under Mass. Gen. L. ch. 159C § 8, for a total of **ONE HUNDRED FIFTY THOUSAND, FIVE HUNDRED AND 00/100 ($150,500.00) DOLLARS** against **defendants Vision Lab Telecommunications, Inc. and The Support Group in Sweden, AB, jointly and severally,** and a total of **TEN THOUSAND, FIVE HUNDRED AND 00/100 ($10,500.00) DOLLARS** against **Defendant Highland Marketing, LLC.**

In addition, I hereby **AWARD THIRTY THOUSAND, SEVEN HUNDRED THIRTY-FOUR AND 66/100 ($30,734.66) DOLLARS**, for Attorneys' Fees and costs **to counsel for the Plaintiff** under the authority of G.L. c. 129C § 8C. I have reviewed counsel's application and I

have found that the fee is reasonable in terms of counsel's background, his hourly rate, and the hours expended on this case. Counsel has a small law office; all of the work is handled by him including legal research, review of discovery, telephone calls and court appearances. While the case ultimately resulted in a default, that was not a predictable result. At least one defendant hired counsel, filed a remand to the federal court, filed a motion to dismiss, and appeared ready to litigate this case fully. Accordingly, the fees meet the standard of the statute.

**SO ORDERED.**

**Date:   February 27, 2007**       */s/Nancy Gertner*
                                    **NANCY GERTNER, U.S.D.C.**