```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **MICHAEL SHERMAN** )<br>      **Plaintiff,** )<br>)<br>  **v.** )<br>)<br>**VISION LAB TELECOMMUNICATIONS,** )<br>**INC., HIGHLAND MARKETING LLC,** )<br>**and THE SUPPORT GROUP IN SWEDEN** )<br>**AB** )<br>      **Defendants.** ) | **C.A. No. 05-11545-NG** |

**GERTNER, D.J.:**

## ORDER FOR DISMISSAL

In accordance with the Orders entered on February 6 and February 27, 2007, granting in part Plaintiff's motion for Default Judgment and awarding statutory damages and attorneys' fees, for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

                                          **By the Court,**

**Dated:   March 7, 2007          s/ Maryellen Molloy**
                                                  **Deputy Clerk**